**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: The Downtown Showroom Inc.        CASE NO.: 22–11059–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 7
11–3453526

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Salvatore LaMonica is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 17, 2023

James L. Garrity Jr., Bankruptcy Judge